IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF BRUCE CHARLES BEREANO TO THE BAR OF MARYLAND

\*    IN THE

\*    SUPREME COURT

\*    OF MARYLAND

\*    AG No. 31

\*    September Term, 2019

## O R D E R

Upon consideration of Bruce Charles Bereano's petition for reinstatement and Bar Counsel's response to the petition, it is this 20th day of March 2026, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Bruce Charles Bereano is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall give notice of this Order in accordance with Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

\* Justice Watts and Justice Biran did not participate in the consideration of this matter.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk